PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
WILLIAM JAMY KING

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM JAMY KING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Social Security,<br><br>　　　　Defendant. | Case No. 2:16-CV-005679-MRW<br><br>ORDER FOR AN AWARD<br>OF ATTORNEY'S FEES UNDER<br>THE EQUAL ACCESS TO<br>JUSTICE ACT (EAJA)<br><br>Judge: Hon. Michael R. Wilner |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND and 00/100 DOLLARS ($5,000.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: January 30, 2018　　　　　　　／s／ Michael R. Wilner
　　　　　　　　　　　　　　　　　　Hon. Michael R. Wilner
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE